

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-20-00022-CR

**IN RE** John **KYLE**

Original Mandamus Proceeding[1]

**ORDER**

On January 14, 2020, relator filed a petition for writ of mandamus. After considering the petition and the record, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on January 29, 2020.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2020.

_Michael A. Cruz_
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2005CR3212, styled *The State of Texas v. John Kyle*, pending in the 399th Judicial District Court, Bexar County, Texas, the Honorable Mary Roman presiding.